IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**LARRY FRAZIER,**<br><br>   *Debtor.* | Bankruptcy No. 21-11130 MER<br><br>Chapter 7<br><br>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR THE DEBTORS |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor, and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

☒ **FLAT FEE**

 For legal services, I have agreed to accept ................................................. $3,000.00
 Prior to the filing of this statement I have received .................................. $3,000.00
 Balance Due ....................................................................................................... $0.00

☐ **RETAINER**

 For legal services, I have agreed to accept and received a retainer of $
 The undersigned shall bill against the retainer at an hourly rate of $
 Debtor has agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $0.00 of the filing fee has been paid.

3. The source of the compensation paid to me was: **Debtor.**

4. The source of the compensation to be paid to me is: **Debtor.**

5. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

 a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

THE WEISS LAW GROUP, LLC
8843 GREENBELT RD. #299
GREENBELT, MD 20770
(301) 924–4400

b. Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

d. Representation of the debtor in an uncontested adversary proceeding against Quicken Loans. No other adversary proceedings or other contested bankruptcy matters are included.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy case.

Date: February 14, 2022                                  Respectfully Submitted,

                                                         THE WEISS LAW GROUP, LLC


                                                         By:      /s/ Brett Weiss
                                                         BRETT WEISS, #02980
                                                         8843 Greenbelt Road, Suite 299
                                                         Greenbelt, Maryland 20770
                                                         (301) 924-4400
                                                         brett@BankruptcyLawMaryland.com